THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYCOMING ENGINES, a division of AVCO CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>PRECISION AIRMOTIVE, LLC, a Washington corporation,<br><br>                Defendant. | No. CV-07-1854RSL<br><br>**ORDER GRANTING PLAINTIFF LYCOMING ENGINE'S MOTION TO FILE UNDER SEAL** |

This matter having come before the Court upon Plaintiff Lycoming Engine's Motion to File Under Seal, and based upon a review of the record, the Court finds that the documents Plaintiff seeks to file under seal contain confidential information regarding the operations of Plaintiff's business which could be used by competitors to Plaintiff's disadvantage. Accordingly, the Court finds compelling reasons that overcome the presumption of public access, and so, IT IS HEREBY ORDERED that:

Plaintiff's Motion to File Under Seal is hereby GRANTED, and the following shall be maintained under seal until further order of this Court:

    1.    The Declaration of David Dawes, filed in support of Plaintiff Lycoming

ORDER GRANTING PLAINTIFF LYCOMING ENGINE'S
MOTION TO FILE UNDER SEAL – Page 1
No. CV-07-1854 RSL

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Engine's Motion for a Preliminary Injunction; and

2. Exhibit A, attached to the Declaration of David Dawes.

Dated this 4th day of February, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Respectfully submitted by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP


/s *William R. Squires*
William R. Squires III, WSBA No. 04976
Laurie M. Thornton, WSBA No. 35030

Attorneys for Plaintiff Lycoming Engines

ORDER GRANTING PLAINTIFF LYCOMING ENGINE'S
MOTION TO FILE UNDER SEAL – Page 2
No. CV-07-1854 RSL

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900